UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TODD D. DANIELS, SR., | Case No. 25-11261 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| CITY OF DETROIT, *et al.*, | Elizabeth A. Stafford |
| Defendants. | United States Magistrate Judge |
| _____ / | |

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S OCTOBER 22, 2025 REPORT AND RECOMMENDATION (ECF No. 53) AND DECEMBER 5, 2025 REPORT AND RECOMMENDATION (ECF No. 66)**

Currently before the court is Magistrate Judge Elizabeth A. Stafford's October 22, 2025 Report and Recommendation (ECF No. 53) and her December 5, 2025 Report and Recommendation (ECF No. 66). Magistrate Judge Stafford recommends denying Plaintiff's motion for temporary restraining order (ECF No. 52) and motion for default, default judgment, and injunctive relief (ECF No. 62). The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012)

(citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The court nevertheless agrees with the Magistrate Judge's recommended disposition.  Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Reports and Recommendations (ECF Nos. 53 and 66) and **DENIES** Plaintiff's motions (ECF Nos. 52, 62).

    **SO ORDERED**.

Date: January 15, 2026　　　　　　　　　　　　　<u>s/F. Kay Behm</u>
　　　　　　　　　　　　　　　　　　　　　　　　　F. Kay Behm
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge