UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TODD D. DANIELS, SR., | Case No. 25-11261 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| CITY OF DETROIT, *et al.*, | Elizabeth A. Stafford |
| | United States Magistrate Judge |
| Defendants. | |
| _____ / | |

## JUDGMENT

In accordance with the Opinion and Order issued on January 15, 2026, the case is **DISMISSED**.

**SO ORDERED**.

Date: January 15, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

1