UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD D. DANIELS, SR,

      Plaintiff,

                                          Case No. 25-11261

v.

                                          F. Kay Behm

CITY OF DETROIT, *et al.*,              U.S. District Judge

      Defendants.

_____/

## ORDER ON MOTION TO EXTEND OR
## REOPEN TIME FOR APPEAL (ECF No. 72)

Plaintiff, Todd D. Daniels, Sr., requests an extension of time to appeal to the Sixth Circuit.  (ECF No. 72).  The court granted Defendants' motions to dismiss on January 15, 2026, and entered a judgment on the same day.  (ECF Nos. 68, 69).  The court mailed the order and judgment on January 20, 2026 to a Detroit Michigan address on Woodrow Wilson.  (ECF No. 71).  The mailing was returned as undeliverable on February 25, 2026.  *Id*.  Plaintiff filed a notice of change of address on January 26, 2026.  (ECF No. 70).  The order and judgment were sent to Plaintiff's new address on Moross in Detroit, Michigan on February 25, 2026.  *See* Text-Only Certificate of Service dated 2/25/26.  Plaintiff filed this motion to reopen

the time for an appeal on March 16, 2026.  (ECF No. 72).  Plaintiff does not indicate when he received the order and judgment. *Id*.

Plaintiff notes that he did not receive the order and judgment in time to file a timely notice of appeal.  When a party does not receive the judgment in a timely manner, the court may reopen the time to file an appeal, pursuant to Federal Rule of Appellate Procedure 4(a)(6).

> The district court may reopen the time to file an appeal for a period of 14 days after the date when its order to reopen is entered, *but only if all the following conditions are satisfied*:
> (A) the court finds that the moving party did not receive notice under Federal Rule of Civil Procedure 77(d) of the entry of the judgment or order sought to be appealed within 21 days after entry;
> (B) the motion is filed within 180 days after the judgment or order is entered or *within 14 days after the moving party receives notice* under Federal Rule of Civil Procedure 77(d) of the entry, *whichever is earlier*; and
> (C) the court finds that no party would be prejudiced.

*Id.* (emphasis added).

Pursuant to paragraph (B) of Rule 4(a)(6), a motion to reopen the time for appeal must be filed within 180 days of the entry of judgment or within 14 days after the moving party receives notice of the entry of judgment, "whichever is earlier." *Id.*  In this case, Plaintiff does not indicate when he received the order

and judgment.  Under Rule 4(a)(6), the court cannot determine if he timely filed his motion to reopen the time for appeal.

Accordingly, the court **ORDERS** that Plaintiff supplement his motion by indicating when he received the order and judgment.  Plaintiff has 14 days from entry of this Order in which to comply.

**SO ORDERED.**

Dated: March 16, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge